IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER RAY WOODS,**<br><br>                           Petitioner,<br><br>         v.<br><br>**M. MARTEL, et al.,**<br><br>                           Respondents. | CIV S-08-0585 FCD GGH P<br><br>**ORDER** |

Respondent has filed a request to modify the briefing schedule.

   1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request is hereby granted.

   2. The scheduling order is hereby modified for Respondent to file a response to the petition for writ of habeas corpus within thirty days from the date of this order.


Dated: 06/02/08                    /s/ Gregory G. Hollows
                                              United States Magistrate Judge

wo585.eot